E-FILED
Thursday, 04 October, 2018 02:27:06 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**IKO ROOFING SHINGLE PRODUCTS LIABILITY LITIGATION**<br><br>----------------------------------------------------<br>**This Motion Relates To**<br><br>**ALL CASES** | Case No. 09-md-2104<br>MDL Docket No. 2104<br><br>**PLAINTIFFS' NOTICE AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2) and 23(b)(3), Plaintiffs move for preliminary approval of a class action settlement in this case. In support of this motion, Plaintiffs state as follows:

1. Federal Rule of Civil Procedure 23(e) requires court approval of the settlement of an action on a class-wide basis. Preliminary approval of a class settlement efficiently combines with tentative certification of the class and authorization of notice of the settlement to the class.

2. Preliminary approval of a class settlement should be granted if the proposed settlement falls within the range of possible approval and does not require conducting "a full-fledged inquiry" into whether it meets final approval standards. *American Int'l Grp. v. ACE INA Holdings, Inc.*, No. 07 C 2898, 2011 WL 3290302, at *6 (N.D. Ill. July 26, 2011); *see In re Nat'l Collegiate Athletic Ass'n Concussion Litig.*, 314 F.R.D. 580, 588 (N.D. Ill. 2016) (to same effect). As discussed further in the Memorandum In Support Of Plaintiffs' Motion For Preliminary Approval Of Class Action Settlement, filed herewith, if class certification is appropriate and the settlement is within the reasonable approval range, then courts order notice sent to class members so they can object or opt out of the settlement. After notice, the court "conducts a final approval

hearing to determine whether the settlement is 'fair, reasonable, and adequate.'" *Id.* (quoting Fed R. Civ. P. 23(e)(2)).

3. Plaintiffs respectfully submit that this proposed settlement should be approved. As explained further in the Memorandum In Support and in the Declaration of Robert K. Shelquist In Support Of Plaintiffs' Motion For Preliminary Approval Of Class Action Settlement, the proposed Settlement provides significant benefits to the Settlement Class in comparison with the strength of the case and the risk, expense, and delay of further motions, trials, and appeals. The proposed Settlement was reached by experienced Class Counsel with the assistance of Hon. Wayne R. Anderson (retired), an experienced judge and mediator. The mediation was completed only after years of discovery, contested motions, and an appeal. Plaintiffs submit the settlement falls well within the reasonable approval range and should be preliminarily approved.

4. Plaintiffs also submit the proposed Settlement Class is appropriate for certification for a settlement. For purposes of settlement, the Settlement Class is numerous, has common and typical issues, and is represented by adequate class representatives. The settlement provides substantial procedural improvements to Defendants' warranty program and claims procedures, making certification of the Settlement Class appropriate under Rule 23(b)(2). For purposes of settlement, common questions of fact and law predominate and make a class settlement the superior means of resolving this Litigation, qualifying the Settlement Class for certification pursuant to Rule 23(b)(3). Accordingly, Plaintiffs request that the Settlement Class be conditionally certified so as to authorize notice of the Settlement to Class Members.

5. Plaintiffs also submit that Fed. R. Civ. P. 23(c)(1)(B) provides for appointment of Class Counsel under Fed. R. Civ. P. 23(g). The undersigned counsel developed this case, are experienced and knowledgeable in class actions and product liability cases, and have committed

substantial time and other resources to litigating this case. Accordingly, the undersigned counsel should be appointed as Class Counsel. Further, the Named Plaintiffs have served as plaintiffs and should be appointed as class representatives.

6. Plaintiffs also submit that the proposed Class Notice satisfies the requirements imposed by Fed. R. Civ. P. 23(c)(2) and 23(e) and due process, and constitutes the "best notice practicable under the circumstances" of this lawsuit.

WHEREFORE, Plaintiffs respectfully move for an order (1) preliminarily approving the settlement based on these motion papers and without a hearing; (2) certifying the Settlement Class; (3) confirming appointments of Class Counsel and class representatives; (4) approving the Class Notice as satisfying Fed. R. Civ. P. 23(c)(2) and 23(e) and due process and directing notice of the settlement to Class Members; and (5) scheduling dates for a hearing approximately 100 days from this motion, for a motion for final approval of the Settlement and an application for attorneys' fees and expenses along with deadlines for opting out or objecting to the Settlement; and for any further relief the Court deems just and proper.

Dated: October 4, 2018.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/ Robert K. Shelquist
Robert K. Shelquist
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
(612) 339-0981 (fax)
rkshelquist@locklaw.com

Charles J. LaDuca
Brendan S. Thompson
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
(202) 789-3960
(202 789-1813 (fax)
charlesl@cuneolaw.com
brendant@cuneolaw.com

Clayton D. Halunen
HALUNEN LAW
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 605-4098
(612) 605-4099 (fax)
halunen@halunenlaw.com

Michael McShane
AUDET & PARTNERS LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
(415) 568-2555
(415) 568-2556 (fax)
mmcshane@audetlaw.com

Charles E. Schaffer
LEVIN SEDRAN & BERMAN
510 Walnut Street #500
Philadelphia, PA 19106
(877) 882-1011
(215) 592-4663
CSchaffer@lfsblaw.com

Shawn J. Wanta
BAILLON THOME JOZWIAK & WANTA LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
(612) 252-3570
(612) 252-3571 (fax)
wanta@baillonthome.com

Jon D. Robinson
Christopher M. Ellis
BOLEN ROBINSON & ELLIS
202 South Franklin St.
Decatur, IL 62523
(217) 429-4296
(217) 329-0034 (fax)
jrobinson@brelaw.com
cellis@brelaw.com

Eric D. Holland
HOLLAND LAW FIRM
300 N. Tucker, Suite 801
St. Louis, MO 63101
(314) 241-8111
(314) 241-5554 (fax)
Eholland@allfela.com

Gregory A. Cerulo
QUINN JOHNSTON HENDERSON PRETORIOUS CERULO
227 NE Jefferson
Peoria, IL 61602
(309) 674-1133
(309) 674-6503 (fax)
GCerulo@quinnjohnston.com

*ATTORNEYS FOR THE PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I caused a copy of the foregoing document to be served upon all counsel of record via ECF Notice of Electronic Filing.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/ Robert K. Shelquist

Robert K. Shelquist
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
(612) 339-0981 (fax)
rkshelquist@locklaw.com