# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| In re:<br><br>**IKO ROOFING SHINGLE PRODUCTS LIABILITY LITIGATION**<br><br>--------------------------------------------------------<br>**This Order Relates To**<br><br>**ALL CASES** | Case No. 09-md-2104<br>MDL Docket No. 2104 |

**Order Recommending Termination of Multidistrict Litigation**

In December 2009, the Judicial Panel on Multidistrict Litigation ("JPML") assigned these cases to this Court. After approximately ten years of litigation, all parties have reached an agreement for a resolution to these cases. In October 2018, the Court preliminarily approved a settlement agreement for this roofing shingle class action, and the Court ordered final approval of the settlement agreement in March 2019. All constituent cases have closed, and the Court does not anticipate further proceedings at this level.

This Court therefore recommends the JPML terminate this multidistrict litigation proceeding and the Clerk of Court close this matter, subject to this Court's continuing jurisdiction to enforce its Orders, handle any matters related to the final distributions of the settlement, or address any other miscellaneous issues necessary to complete the administration of these cases.

Signed on this 11th day of April, 2019.

/s James E. Shadid
James E. Shadid
United States District Judge